# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN DEONTE BARBER,<br><br>Petitioner,<br><br>v.<br><br>JOHN SOTO, Warden, et al.,<br><br>Respondents. | **Case No. SA CV 14-01803-VBF-SP**<br><br>**ORDER**<br><br>Adopting Report & Recommendation:<br>**Denying the Habeas Corpus Petition;**<br>**Dismissing the Action With Prejudice;**<br>Directing Separate Entry of Judgment;<br>Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, records on file, and the well-reasoned Report and Recommendation ("R&R") of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has specifically objected. Finding no error of law, fact, or logic in the R&R, the Court accepts the findings and conclusions of the Magistrate Judge and will implement her recommendations.

IT IS THEREFORE ORDERED THAT:

The petition for a writ of habeas corpus is **DENIED**.

Final judgment will be entered consistent with this Order and with the R&R.

As required by Fed. R. Civ. P. 58(a), judgment will be a separate document.

This action is **DISMISSED** with prejudice.

This case **SHALL BE TERMINATED** and closed (**JS-6**).

Dated: October 19, 2017

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge