JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN DEONTE BARBER, | Case No. SA CV 14-01803-VBF-SP |
| Petitioner, | |
| v. | **FINAL JUDGMENT** |
| JOHN SOTO, Warden, et al., | |
| Respondents. | |

Pursuant to this Court's Order Denying the Habeas Corpus Petition and Dismissing the Action with Prejudice, **final judgment is hereby entered in favor of all respondents and against petitioner Jovan Deonte Barber.**

Dated: October 19, 2017

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge